IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00434-RPM

CINDY PATRICIA PASMINO,

    Plaintiff,

v.

PRC a/k/a PRC, LLC,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


    PRC's Unopposed Motion to Reschedule July 9, 2010 Scheduling Conference [8] is granted. The July 9, 2010, scheduling conference is vacated and the conference is **rescheduled for June 29, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The proposed scheduling order shall be submitted in paper form directly to chambers by 4:00 p.m. on **June 24, 2010.**


DATED: May 7, 2010