IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00434-RPM

CINDY PATRICIA PASMINO,

      Plaintiff,

v.

PRC a/k/a PRC, LLC,

      Defendant.

---

ORDER STAYING PROCEEDINGS

---

After review of the Joint Motion for a Temporary Stay of proceedings, filed December 1, 2010 [12], it is

ORDERED that the motion is granted and the case is stayed until January 11, 2011, at which time the parties shall file a joint status report or a joint motion to modify [11] Scheduling Order deadlines.

Dated:   December 6th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge