IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00434-RPM

CINDY PATRICIA PASMINO,

    Plaintiff,

v.

PRC a/k/a PRC, LLC,

    Defendant.

___

## ORDER FOR DISMISSAL

___

Pursuant to the Stipulation of Dismissal with Prejudice [19] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated:   April 6th, 2011

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge